UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HARMANT SINGH,<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, *et. al.,*<br><br>Respondents. | Case No.: 5:26-cv-01666-ADS<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. No. 1.) Respondents have indicated that they do not oppose the Petition. (Dkt. No. 11.) Having considered the Petition and the record in this matter, the Court finds that the Petition should be GRANTED.

**IT IS HEREBY ORDERED:**

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Respondents shall **immediately release Petitioner from immigration detention**, and in no event later than **24 hours** from entry of this Order.

3. Respondents shall **not re-detain Petitioner** absent materially changed circumstances or a new lawful basis for detention.

4. Nothing in this Order precludes Respondents from imposing **non-custodial, reasonable conditions of supervision** consistent with applicable law upon Petitioner's release.

IT IS SO ORDERED.

Dated: <u>April 29, 2026</u>                    <u>    /s/ Autumn D. Spaeth    </u>

                                        Honorable Autumn D. Spaeth
                                        United States Magistrate Judge