JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HARMANT SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FERETI SEMAIA, *et. al.,*<br><br>　　　　　Respondents. | ) Case No.: 5:26-cv-01666-ADS<br>)<br>)<br>)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order granting the Petition for Writ of Habeas Corpus,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is entered in favor of Petitioner.

2. The Petition for Writ of Habeas Corpus is **GRANTED**.

3. Respondents are ordered to **immediately release Petitioner from immigration detention**, consistent with the terms set forth in the Court's Order.

Respondents preserve any arguments for purposes of appeal.

IT IS SO ORDERED.

Dated: <u>April 29, 2026</u>                    <u>　　/s/ Autumn D. Spaeth　　</u>

Honorable Autumn D. Spaeth
United States Magistrate Judge